# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MELISSA MOODY CROSS**                                           **PLAINTIFF**

v.                     **NO: 1:19-CV-00108-LPR**

**KATRINA CROSS,** *et al*.                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order (Doc. No. 4) filed on November 22, 2019, it is considered, ordered, and adjudged that plaintiff Melissa Moody Cross's complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 25th day of November, 2019.


                                                            Lee P. Rudofsky
                                                            UNITED STATES DISTRICT JUDGE